Submitted April 6, reversed June 6, 2012

In the Matter of M. B.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

M. B.,
*Appellant.*

Wasco County Circuit Court
1100003MC; A148121

280 P3d 401

Janie M. Burcart filed the brief for appellant.

John R. Kroger, Attorney General, Anna M. Joyce, Solicitor General, and Patrick M. Ebbett, Assistant Attorney General, filed the brief for respondent.

Before Schuman, Presiding Judge, and Wollheim, Judge, and Nakamoto, Judge.

PER CURIAM

## PER CURIAM

Appellant seeks reversal of a judgment committing her as a mentally ill person for a period not to exceed 180 days. ORS 426.130. Appellant argues, among other contentions, that the record does not establish by clear and convincing evidence that she is unable to provide for her own basic needs because of a mental disorder. *See* ORS 426.005(1)(e). The state concedes that the evidence is insufficient for involuntary commitment and that the judgment should be reversed. We agree, accept the state's concession, and reverse.

Reversed.